

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00375-CV

**CONSTRUCTION FINANCIAL SERVICES, INC.**,
Appellant

v.

**CHICAGO TITLE INSURANCE COMPANY**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-11173
Honorable David Peeples, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's summary judgment in favor of Chicago Title Insurance Company is AFFIRMED as to Construction Financial Services Inc.'s claims for breach of fiduciary duty and breach of contract; the trial court's summary judgment in favor of Chicago Title Insurance Company is REVERSED as to Construction Financial Services Inc.'s claims for negligence and violation of the Texas Deceptive Trade Practices Act, and those claims are REMANDED for further proceedings consistent with this court's opinion.

It is ORDERED that each party bear its own costs of this appeal.

SIGNED May 1, 2013.

_____
Marialyn Barnard, Justice

---

[1] The Honorable David Peeples presided over this case as a "special judge." *See* TEX. CIV. PRAC. & REM. CODE ANN. § 151.001-.013 (West 2011). After Judge Peeples signed the summary judgment order, it was "approved, adopted, and signed" by the Honorable John D. Gabriel, presiding judge of the 131st Judicial District Court, Bexar County, Texas.